[No. 23025-9-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBROSE DAVID JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01681-9, Robert L. Harris, J., entered February 20, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 40758-9-I.    Division One.    May 3, 1999.]

DAVID ESKOW-STEPHENS, *Respondent*, v. FRANCIS STARCZEWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-04836-4, Glenna Hall, J., entered April 20, 1997. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Agid, A.C.J., and Coleman, J.

[No. 40921-2-I.    Division One.    May 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08546-1, Jeanette R. Burrage, J., entered June 13, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Coleman, J.

[No. 41682-1-I.    Division One.    May 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02248-3, Brian D. Gain, J., entered November 3, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Cox, JJ.